IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ONE 2007 ACURA MDX, ) <br> VIN: 2HNYD28387H535949 ) <br> With all appurtenances and Attachments Thereon, ) <br> ) <br> ONE 2005 ACURA TL, ) <br> VIN: 19UUAA66235A020904 ) <br> With all appurtenances and Attachments Thereon, ) <br> ) <br> SEVENTY-THREE THOUSAND, ) <br> TWO HUNDRED, FIFTY-FOUR DOLLARS ) <br> ($73,254.00) CURRENCY, ) <br> ) <br> ELEVEN (11) PIECES OF MISCELLANEOUS ) <br> JEWELRY, ) <br> ) <br> Defendants. ) | Cause No.: 4:12MC00599SPM |

**ORDER**

This matter coming before the Court upon the Motion to Extend Time to File Complaint for Forfeiture, Filed by the United States of America, and the objection thereto filed by claimant, James Daily, and the stipulation of the parties, the Court being fully advised in the premises,

IT IS HEREBY ORDERED as follows:

1.  That claimant, James Daily, shall have possession of and use of the 2005 ACURA TL, VIN: 19UUAA66235A020904, currently in the possession of the plaintiff, effective within 3 days of the entry of this Order.

2. That as adequate protection for the use of the above vehicle pending the completion of these proceedings, claimant shall maintain full coverage automobile insurance on said vehicle in an amount in compliance with the requirements of state law.

3. That claimant agrees not to sell, pledge, transfer ownership or hypothecate any interest in said vehicle, or assist others in doing so, without the written approval of the plaintiff or prior order of this Court.

4. Claimant shall maintain the vehicle in proper working order and perform all maintenance as required on the vehicle.

5. In the event that the vehicle is ultimately forfeited to the plaintiff, claimant agrees to promptly surrender the vehicle in compliance with an order of this Court.

6. That in exchange for the above agreement, claimant voluntarily withdraws his objection to the plaintiff's request for an extension of time to file a complaint for forfeiture.

7. That Claimant Dailey's objection filed herein (Doc. 4) is withdrawn without prejudice.

8. That the hearing set for November 29, 2012, is hereby cancelled as moot.

IT IS SO ORDERED on this 8th day of November, 2012.

_____
HONORABLE SHIRLEY P. MENSAH
United States Magistrate Judge.